David R. Lane (SBN 84169)
Garrett W. Brandenburger (SBN 257236)
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, CA  95864
Telephone: (916) 679-6565
Fax: (916) 679-6575

Attorney for Defendant, D&H TRANSPORT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>              Plaintiff,<br><br>    vs.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORT, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. 2:10-cv-03093-GEB-KJN<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON**<br>**[LR 83-182(g)]** |

Defendant, D&H TRANSPORT, INC., hereby substitutes as counsel, in the place of MARK W. SWANSON of the LAW OFFICE OF MARK W. SWANSON, DAVID R. LANE and GARRETT W. BRANDENBURGER of the law firm of FARMER SMITH & LANE, LLP, 3620 American River Drive, Suite 218, Sacramento, California 95864.  Telephone: (916) 679-6565, Fax:  (916) 679-6575, E-mail: dlane@farmersmithlaw.com and gbrandenburger@farmersmithlaw.com.

The undersigned consents to the above substitution.

                                        D&H TRANSPORT, INC.

                                        /s/ George Carpenter

Dated:  __12/29/10_____        By_____

_____
-2-

SUBSTITUTION OF ATTORNEYS AND ORDER THEREON

13665v1

Farmer Smith Law Group LLP

Title: __Manager_____

The undersigned consents to the above substitution.

Dated: December 29, 2010                         LAW OFFICE OF MARK W. SWANSON

                                                 /s/ Mark W. Swanson
                                          By: _____
                                                 Mark W. Swanson

The undersigned consents to the above substitution.

Dated: December 29, 2010                         FARMER SMITH & LANE, LLP

                                                 /s/ Garrett W. Brandenburger
                                          By: _____
                                                 Garrett W. Brandenburger

**IT IS SO ORDERED.**

**1/3/11**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Farmer Smith Law Group LLP

_____
-2-

SUBSTITUTION OF ATTORNEYS AND ORDER THEREON

13665v1