DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>COLLINS PINE COMPANY, D&H TRANSPORTATION, INC., MANUAL MENDOZA, GLORIA MENDOZA, PRAETORIAN INSURANCE COMPANY and DOES 1-50<br><br>          Defendants. | CASE NO. 2:10-CV-03093-GEB-KJN<br><br>[PROPOSED] ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Based on the stipulation of counsel for plaintiff State National Insurance Company and defendant Praetorian Insurance Company and good cause appearing, it is hereby ordered that defendant Praetorian Insurance Company shall have until February 3, 2011 to file a responsive pleading to plaintiff's complaint.

Dated: January 19, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

IT IS HEREBY STIPULATED by and between plaintiff STATE NATIONAL INSURANCE COMPANY and defendant PRAETORIAN INSURANCE COMPANY that

defendant PRAETORIAN INSURANCE COMPANY shall have an extension of time up to and including February 3, 2011, to respond to plaintiff's complaint filed on November 16, 2010.

DATED: January 13, 2011          BURNHAM & BROWN

By: */s/ Thomas M. Downey*
_____
THOMAS M. DOWNEY
Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY

DATED: January 13, 2011          DIEPENBROCK & COTTER LLP

By: */s/ John P. Cotter*
_____
JOHN P. COTTER
Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY