1   ROPERS, MAJESKI, KOHN & BENTLEY
    PAMELA E. COGAN (SBN 105089)
2   JENNIFER E. ACHESON (SBN 130833)
    1001 Marshall Street, Suite 300
3   Redwood City, CA  94063-2052
    Telephone:    (650) 364-8200
4   Facsimile:    (650) 780-1701
    Email:        pcogan@rmkb.com
5                 jacheson@rmkb.com

6   Attorneys for Defendant
    COLLINS PINE COMPANY

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  STATE NATIONAL INSURANCE              **10-CV-03093-GEB-KJN**
    COMPANY, a Texas Corporation,
12                                        **ORDER**
                  Plaintiff,
13
    v.                                    **Courtroom:  10**
14                                        **Assigned to: Judge Garland E. Burrell, Jr**
    COLLINS PINE COMPANY, an Oregon       **Referred to: Magistrate Judge Kendall J.**
15  corporation; D&H TRANSPORT, INC., a              **Newman**
    California corporation; MANUEL
16  MENDOZA, an individual; GLORIA
    MENDOZA, an individual;
17  PRAETORIAN INSURANCE
    COMPANY, a Pennsylvania corporation,
18  and DOES 1 through 50, inclusive,

19                Defendants.

20

21        IT IS HEREBY ORDERED that defendant Collins Pine Company shall have up to and

22  including February 3, 2011 within which to serve and file its response to plaintiff's Complaint on

23  file in this action.

24

25  Dated: January 26, 2011

26                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
27

28

RC1/5834564.1/JW3                    - 1 -            [PROPOSED] ORDER
                                                     CASE NO.  2:10-CV-03093-GEB-KJN

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City