DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California 95815
Telephone: (916) 565-6222
Telecopier: (916) 565-6220

Attorneys for Defendant
PRAETORIAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLLINS PINE COMPANY, D&H TRANSPORTATION, INC., MANUAL MENDOZA, GLORIA MENDOZA, PRAETORIAN INSURANCE COMPANY and DOES 1-50<br><br>    Defendants. | CASE NO. 2:10-CV-03093-GEB-KJN<br><br>ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

    Based on the stipulation of counsel for plaintiff State National Insurance Company and defendant Praetorian Insurance Company, it is hereby ordered that defendant Praetorian Insurance Company shall have until March 4, 2011 to file a responsive pleading to plaintiff's complaint.

Dated: February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge