CHRISTINE E. JACOB  (State Bar No. 216679)
GREGORY T. FAYARD  (State Bar No. 212930)
HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP
3001 LAVA RIDGE COURT, SUITE 120
ROSEVILLE, CA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Defendants MANUEL MENDOZA
and GLORIA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation, | Case No.  2:10-CV-03093-GEB-KJN |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| vs. | |
| COLLINS PINE COMPANY, an Oregon corporation; D & H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive, | [Fed. R. Civ. P. 6; L.R. 144(a)]  Complaint Filed:     November 16, 2010 |
| Defendants. | |

IT IS HEREBY ORDERED that defendants MANUEL MENDOZA and GLORIA MENDOZA shall have up to and including February 7, 2011 within which to serve and file their response to plaintiff's Complaint on file in this action.

SO STIPULATED.

Dated:  February 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-
[162532]    [Proposed] Order Re Stipulation for Extension of Time to Respond to Plaintiff's Complaint