Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>          Plaintiff,<br><br>v.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>          Defendants. | No. 2:10-CV-03093-GEB-KJN<br><br>**ORDER RE STIPULATION ALLOWING STATE NATIONAL INSURANCE COMPANY TO FILE THE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 15; L.R. 220]<br><br>Complaint Filed:  November 16, 2010 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER RE STIPULATION ALLOWING STATE NATIONAL      No. 2:10-CV-03093-GEB-KJN
INS CO. TO FILE THE FIRST AMENDED COMPLAINT

1  IT IS HEREBY ORDERED that Plaintiff STATE NATIONAL INSURANCE COMPANY ("State National") shall file a First Amended Complaint on or before March 3, 2011.

IT IS FURTHER ORDERED that the Defendant parties shall file a responsive pleading within fourteen (14) days of service of the First Amended Complaint.

IT IS FURTHER ORDERED that the Initial Status (Pretrial Scheduling) Conference, currently scheduled for April 11, 2011 at 9:00 a.m., be continued until July 19, 2011, at 9:00 a.m.  A joint status report shall be filed fourteen (14) days prior to the hearing.

IT IS FURTHER ORDERED that the Fed. R. Civ. P. 26 Initial Disclosures will be due twenty-one (21) days prior to the new Initial Status Conference date.

**IT IS SO ORDERED.**

DATED: February 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2
[PROPOSED] ORDER RE STIPULATION ALLOWING STATE NATIONAL    No. 2:10-CV-03093-GEB-KJN
INS CO. TO FILE THE FIRST AMENDED COMPLAINT