1  Thomas M. Downey, State Bar No. 142096
   Michelle M. Meyers, State Bar No. 236387
2  BURNHAM BROWN
   A Professional Law Corporation
3  P.O. Box 119
   Oakland, California 94604
4
   1901 Harrison Street, 11th Floor
5  Oakland, California  94612
   Telephone:     (510) 444-6800
6  Facsimile:     (510) 835-6666
   tdowney@burnhambrown.com
7  mmeyers@burnhambrown.com

8  Attorneys for Plaintiff
   STATE NATIONAL INSURANCE COMPANY
9

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  STATE NATIONAL INSURANCE COMPANY, a Texas corporation, | No. 2:10-CV-03093-GEB-KJN |
| 14  Plaintiff, | **[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COLLINS PINE COMPANY'S COUNTERCLAIM** |
| 15  v. | |
| 16  COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive, | **[Fed. R. Civ. P. 6; L.R. 144(a)]** Complaint File:  November 16, 2010<br>Trial Date:  None Set |
| 21  Defendants. | |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1

1  IT IS HEREBY ORDERED, based on the Stipulation of counsel for Plaintiff STATE NATIONAL INSURANCE COMPANY ("State National") and Defendant and Counter-claimant COLLINS PINE COMPANY ("Collins Pine") and good cause appearing, that State National shall have until April 8, 2011 in which to file a responsive pleading to the Counterclaim filed by Collins Pine.

**IT IS SO ORDERED.**

Dated: April 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2

RC1/5939391.1/JEA
[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME                No. 2:10-CV-03093-GEB-KJN
TO RESPOND TO COLLINS PINE COMPANY'S COUNTERCLAIM