Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:      (510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>            Plaintiff,<br><br>v.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>            Defendants. | No. 2:10-CV-03093-GEB-KJN<br><br>**[PROPOSED] ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PRAETORIAN INSURANCE COMPANY'S COUNTER CLAIM AND CROSS-CLAIM FOR DECLARATORY JUDGMENT AND EQUITABLE CONTRIBUTION**<br><br>**[Fed. R. Civ. P. 6; L.R. 144(a)]**<br><br>Complaint File:  November 16, 2010<br>Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1
[PROPOSED] ORDER RE STIP. FOR EXT. OF TIME TO RESPOND TO              No. 2:10-CV-03093-GEB-KJN
PRAETORIAN INS. CO.'S COUNTER CLAIM & CROSS CLAIM

IT IS HEREBY ORDERED, based on the Stipulation of counsel for Plaintiff STATE NATIONAL INSURANCE COMPANY ("State National") and Counter and Cross Claimant PRAETORIAN INSURANCE COMPANY ("Praetorian") and good cause appearing, that State National shall have until April 8, 2011 in which to file a responsive pleading to the Counter Claim and Cross Claim for Declaratory Judgment and Equitable Contribution filed by Praetorian.

**IT IS SO ORDERED.**

Dated: April 4, 2011

GARLAND E. BURRELL, JR.
United States District Judge