| | |
|---|---|
| 1 | MICHAEL W. JONES  (State Bar No. 136872) |
| | CHRISTINE E. JACOB (State Bar No. 216679) |
| 2 | JULIA M. REEVES (State Bar No. 241198) |
| | HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP |
| 3 | 1520 EUREKA ROAD, SUITE 100 |
| | ROSEVILLE, CA 95661 |
| 4 | TELEPHONE: (916) 781-2550 |
| | FACSIMILE: (916) 781-5339 |

Attorneys for Defendants MANUEL MENDOZA and GLORIA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation, | Case No.  2:10-CV-03093-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING OF DEFENDANTS/CROSS-DEFENDANTS MANUEL MENDOZA'S AND GLORIA MENDOZA'S MOTION TO DISMISS COUNTER-CLAIM AND CROSS-CLAIM OF PRAETORIAN INSURANCE COMPANY; [PROPOSED] ORDER** |
| vs. | |
| COLLINS PINE COMPANY, an Oregon corporation; D & H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive, | |
| Defendants. _____/ | Date: July 18, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb<br>Complaint Filed: November 16, 2010 |
| PRAETORIAN INSURANCE COMPANY, | |
| Counter and Cross Claimant, | |
| vs. | |
| STATE NATIONAL INSURANCE COMPANY; COLLINS PINE COMPANY; D&H TRANSPORTATION, INC.; D&H TRANSPORT, INC.; MANUEL MENDOZA; GLORIA MENDOZA; and DOES 1 to 50, | |
| Counter and Cross Defendants. _____/ | |

-1-

[164166]   Stip to Continue Hearing on Mendozas' Mtn to Dismiss Counter-Claim/Cross-Claim of Praetorian

IT IS HEREBY STIPULATED by and between Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY, and their respective counsel of record that pursuant to Local Rule 230(f) the parties request a continuance of Defendants/Cross-Defendants Manuel Mendoza's and Gloria Mendoza's Motion to Dismiss Counter-Claim and Cross-Claim of Praetorian Insurance Company from May 16, 2011 to **July 18, 2011 at 2:00 P.M.** Good cause exists for this continuance as Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY are diligently attempting to negotiate a settlement between them, and it would be an efficient use of both the parties' and the Court's resources to avoid a potentially unnecessary hearing.

DATED: May 3, 2011　　　　　　　　　HANSEN, KOHLS, JONES, SOMMER
　　　　　　　　　　　　　　　　　　　　　& JACOB, LLP


　　　　　　　　　　　　　　　　　　By  /s/ CHRISTINE E. JACOB
　　　　　　　　　　　　　　　　　　　　CHRISTINE E. JACOB
　　　　　　　　　　　　　　　　　　　　JULIA M. REEVES
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants/Cross-Defendants
　　　　　　　　　　　　　　　　　　　　MANUEL MENDOZA
　　　　　　　　　　　　　　　　　　　　and GLORIA MENDOZA


DATED: May 3, 2011　　　　　　　　　DIEPENBROCK & COTTER LLP


　　　　　　　　　　　　　　　　　　By  /s/ JOHN P. COTTER
　　　　　　　　　　　　　　　　　　　　JOHN P. COTTER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant/Cross-Claimant
　　　　　　　　　　　　　　　　　　　　PRAETORIAN INSURANCE COMPANY

**ORDER**

     IT IS SO ORDERED.

DATED:  May 4, 2011

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```