| | |
|---|---|
| 1 | MICHAEL W. JONES  (State Bar No. 136872) |
|   | CHRISTINE E. JACOB (State Bar No. 216679) |
| 2 | JULIA M. REEVES (State Bar No. 241198) |
|   | HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP |
| 3 | 1520 EUREKA ROAD, SUITE 100 |
|   | ROSEVILLE, CA 95661 |
| 4 | TELEPHONE: (916) 781-2550 |
|   | FACSIMILE: (916) 781-5339 |

Attorneys for Defendants MANUEL MENDOZA and GLORIA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation, | Case No.  2:10-CV-03093-WBS-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING OF DEFENDANTS/CROSS-DEFENDANTS MANUEL MENDOZA'S AND GLORIA MENDOZA'S MOTION TO DISMISS COUNTER-CLAIM AND CROSS-CLAIM OF PRAETORIAN INSURANCE COMPANY; [PROPOSED] ORDER** |
| vs. | |
| COLLINS PINE COMPANY, an Oregon corporation; D & H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | Date: August 15, 2011 |
| _____/ | Time: 2:00 p.m. |
| | Courtroom: 5 |
| | Honorable William B. Shubb |
| | Complaint Filed:      November 16, 2010 |
| PRAETORIAN INSURANCE COMPANY, | |
| Counter and Cross Claimant, | |
| vs. | |
| STATE NATIONAL INSURANCE COMPANY; COLLINS PINE COMPANY; D&H TRANSPORTATION, INC.; D&H TRANSPORT, INC.; MANUEL MENDOZA; GLORIA MENDOZA; and DOES 1 to 50, | |
| Counter and Cross Defendants. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY, and their respective counsel of record that pursuant to Local Rule 230(f) the parties request a continuance of Defendants/Cross-Defendants Manuel Mendoza's and Gloria Mendoza's Motion to Dismiss Counter-Claim and Cross-Claim of Praetorian Insurance Company from July 18, 2011 to August 15, 2011.  Good cause exists for this continuance as Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY are diligently attempting to negotiate a settlement between them, and it would be an efficient use of both the parties' and the Court's resources to avoid a potentially unnecessary hearing.

DATED: June 22, 2011                    HANSEN, KOHLS, JONES, SOMMER
                                        & JACOB, LLP


                                        By  /s/ CHRISTINE E. JACOB
                                        CHRISTINE E. JACOB
                                        JULIA M. REEVES
                                        Attorneys for Defendants/Cross-Defendants
                                        MANUEL MENDOZA
                                        and GLORIA MENDOZA


DATED: June 22, 2011                    DIEPENBROCK & COTTER LLP


                                        By  /s/ JOHN P. COTTER
                                        JOHN P. COTTER
                                        Attorneys for Defendant/Cross-Claimant
                                        PRAETORIAN INSURANCE COMPANY

1 **<u>ORDER</u>**

2        IT IS SO ORDERED.

3

4   DATED:  June 24, 2011

5

6                                         WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE