Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:     (510) 444-6800
Facsimile:     (510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>           Plaintiff,<br><br>v.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>           Defendants. | No. 2:10-CV-03093-WBS-KJN<br><br>**[PROPOSED] ORDER RE STIPULATION TO CONTINUE THE FEDERAL RULES OF CIVIL PROCEDURE RULE 26 INITIAL STATUS CONFERENCE**<br><br>Complaint File:  November 16, 2010<br>Trial Date:  None Set<br><br>Initial Status Conference: August 22, 2011 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER RE STIPULATION TO CONTINUE          No. 2:10-CV-03093-WBS-KJN
THE F.R.C.P. RULE 26 INITIAL STATUS CONFERENCE

IT IS HEREBY ORDERED, based on the Stipulation of counsel for Plaintiff STATE NATIONAL INSURANCE COMPANY ("State National"); Defendant and Counter and Cross Claimant PRAETORIAN INSURANCE COMPANY ("Praetorian"); Defendant and Counter and Cross Claimant COLLINS PINE COMPANY ("Collins Pine"); Defendant D&H TRANSPORTATION, INC. ("D&H"); Defendants MANUEL MENDOZA and GLORIA MENDOZA ("Mendozas"); and Cross-Defendant HUB INSURANCE SERVICES "(Hub") and good cause appearing, that the Initial Status Conference currently scheduled for August 22, 2011 shall be continued to **November 14, 2011 at 2:00 p.m**.  At least twenty-one (21) calendar days before the Scheduling Conference is held, the parties to the present action will confer and attempt to agree upon a discovery plan, as required by F.R.C.P. 26(f).  The parties will also submit a Joint Status Report fourteen (14) calendar days prior to the hearing date.

**IT IS SO ORDERED.**

DATED: July 20, 2011

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1089814