MICHAEL W. JONES (State Bar No. 136872)
CHRISTINE E. JACOB (State Bar No. 216679)
JULIA M. REEVES (State Bar No. 241198)
HANSEN, KOHLS, JONES, SOMMER & JACOB, LLP
1520 EUREKA ROAD, SUITE 100
ROSEVILLE, CA 95661
TELEPHONE: (916) 781-2550
FACSIMILE: (916) 781-5339

Attorneys for Defendants MANUEL MENDOZA
and GLORIA MENDOZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D & H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants.<br>_____/<br><br>PRAETORIAN INSURANCE COMPANY,<br><br>　　　　Counter and Cross Claimant,<br><br>vs.<br><br>STATE NATIONAL INSURANCE COMPANY; COLLINS PINE COMPANY; D&H TRANSPORTATION, INC.; D&H TRANSPORT, INC.; MANUEL MENDOZA; GLORIA MENDOZA; and DOES 1 to 50,<br><br>　　　　Counter and Cross Defendants.<br>_____/ | Case No.  2:10-CV-03093-WBS-KJN<br><br>**STIPULATION TO CONTINUE HEARING OF DEFENDANTS/CROSS-DEFENDANTS MANUEL MENDOZA'S AND GLORIA MENDOZA'S MOTION TO DISMISS COUNTER-CLAIM AND CROSS-CLAIM OF PRAETORIAN INSURANCE COMPANY;  ORDER**<br><br><br>Date: November 14, 2011<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Honorable William B. Shubb<br>Complaint Filed:        November 16, 2010 |

-1-

IT IS HEREBY STIPULATED by and between Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY, and their respective counsel of record that pursuant to Local Rule 230(f) the parties request a continuance of Defendants/Cross-Defendants Manuel Mendoza's and Gloria Mendoza's Motion to Dismiss Counter-Claim and Cross-Claim of Praetorian Insurance Company from August 22, 2011 to **November 7, 2011**.  Good cause exists for this continuance as Defendants/Cross-Defendants MANUEL MENDOZA and GLORIA MENDOZA and Defendant/Cross-Claimant PRAETORIAN INSURANCE COMPANY are diligently attempting to negotiate a settlement between them, and it would be an efficient use of both the parties' and the Court's resources to avoid a potentially unnecessary hearing.

DATED: July 28, 2011          HANSEN, KOHLS, JONES, SOMMER
                              & JACOB, LLP


                              By  /s/ CHRISTINE E. JACOB
                              CHRISTINE E. JACOB
                              JULIA M. REEVES
                              Attorneys for Defendants/Cross-Defendants
                              MANUEL MENDOZA
                              and GLORIA MENDOZA


DATED: July 28, 2011          DIEPENBROCK & COTTER LLP


                              By  /s/ GRACE L. PAK
                              JOHN P. COTTER
                              GRACE L. PAK
                              Attorneys for Defendant/Cross-Claimant
                              PRAETORIAN INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: August 2, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE