1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  1545 River Park Drive, Suite 201
   Sacramento, California 95815
3  Telephone: (916) 565-6222
   Telecopier: (916) 565-6220
4
   Attorneys for Defendant and Counter/Cross Claimant
5  PRAETORIAN INSURANCE COMPANY

6                    UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF CALIFORNIA

8   STATE NATIONAL INSURANCE            )    CASE NO.  2:10-CV-03093-WBS-KJN
    COMPANY, a Texas corporation,       )
9                                       )    STIPULATION FOR PARTIAL
                                        )    DISMISSAL OF PRAETORIAN
10            Plaintiff,                 )    INSURANCE COMPANY'S
                                        )    COUNTER/CROSS COMPLAINT;
11  vs.                                 )    [PROPOSED] ORDER RE:  PARTIAL
                                        )    DISMISSAL OF PRAETORIAN
12  COLLINS PINE COMPANY, D&H           )    INSURANCE COMPANY'S
    TRANSPORTATION, INC., MANUAL        )    COUNTER/CROSS COMPLAINT
13  MENDOZA, GLORIA MENDOZA,            )
    PRAETORIAN INSURANCE COMPANY        )
14  and DOES 1 to 50,                   )
                                        )
15                                      )
              Defendants.               )
16  _____)
                                        )
17  PRAETORIAN INSURANCE COMPANY,       )
                                        )
18            Counter and Cross Claimant, )
                                        )
19  vs.                                 )
                                        )
20                                      )
    STATE NATIONAL INSURANCE            )
21  COMPANY, COLLINS PINE COMPANY,      )
    D&H TRANSPORTATION, INC., D&H       )
22  TRANSPORT, INC., MANUAL MENDOZA,    )
    GLORIA MENDOZA and DOES 1 to 50,    )
23                                      )
                                        )
24            Counter and Cross Defendants. )
                                        )
25  _____)

26

STIPULATION OF PARTIAL
DISMISSAL; [PROPOSED] ORDER                    2:10-CV-03093-GEB-KJN

                              1

1    It is hereby stipulated between defendant and counter/cross-complainant Praetorian

2  Insurance Company (hereinafter "Praetorian") and defendants Manuel and Gloria Mendoza

3  (collectively hereinafter "Mendoza") that Praetorian's counter/cross complaint against Mendoza

4  only is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

5  Procedure.   Each party shall bear its own attorney's fees and costs.

6  DATED:    October 21, 2011                    DIEPENBROCK & COTTER LLP

7                                                  */s/ John P. Cotter*

8                                               By:_____
                                                   JOHN P. COTTER
9                                                  Attorneys for Defendant and
                                                   Counter/Cross Claimant
10                                                 PRAETORIAN INSURANCE
                                                   COMPANY

11

12  DATED:  October 21, 2011                      HANSEN, KOHLS, JONES, SOMMER &
                                                   JACOB LLP
13

14

15                                                 */s/ Michael W. Jones*
                                               By:_____
16                                                 MICHAEL W. JONES
                                                   Attorneys for Defendants
17                                                 MANUEL & GLORIA MENDOZA

18

19                                          ORDER

20        Based on the stipulation of the parties and good cause appearing, it is hereby ORDERED

21  that Praetorian Insurance Company's counter/cross complaint against defendants Manuel &

22  Gloria Mendoza only is hereby dismissed with prejudice with each side bearing its own fees and

23  costs.
    Date:        October 24, 2011

24

25  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

26

STIPULATION OF PARTIAL
DISMISSAL; [PROPOSED] ORDER                              2:10-CV-03093-GEB-KJN

2