1  DIEPENBROCK & COTTER, LLP
   JOHN P. COTTER, State Bar No. 158783
2  1545 River Park Drive, Suite 201
   Sacramento, California 95815
3  Telephone: (916) 565-6222
   Telecopier: (916) 565-6220
4
   Attorneys for Defendant and Counter/Cross Claimant
5  PRAETORIAN INSURANCE COMPANY

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8  STATE NATIONAL INSURANCE            )   CASE NO.  2:10-CV-03093-WBS-KJN
   COMPANY, a Texas corporation,       )
9                                      )   STIPULATION FOR PARTIAL
                                       )   DISMISSAL OF PRAETORIAN
10              Plaintiff,             )   INSURANCE COMPANY'S
                                       )   COUNTER/CROSS COMPLAINT;
11 vs.                                 )   [PROPOSED] ORDER RE:  PARTIAL
                                       )   DISMISSAL OF PRAETORIAN
12 COLLINS PINE COMPANY, D&H           )   INSURANCE COMPANY'S
   TRANSPORTATION, INC., MANUAL        )   COUNTER/CROSS COMPLAINT
13 MENDOZA, GLORIA MENDOZA,            )
   PRAETORIAN INSURANCE COMPANY        )
14 and DOES 1 to 50,                   )
                                       )
15                                     )
              Defendants.              )
16 _____ )
                                       )
17                                     )
   PRAETORIAN INSURANCE COMPANY,       )
18                                     )
              Counter and Cross Claimant, )
19                                     )
   vs.                                 )
20                                     )
                                       )
21 STATE NATIONAL INSURANCE            )
   COMPANY, COLLINS PINE COMPANY,      )
22 D&H TRANSPORTATION, INC., D&H       )
   TRANSPORT, INC., MANUAL MENDOZA, )
23 GLORIA MENDOZA and DOES 1 to 50,    )
                                       )
24            Counter and Cross Defendants. )
                                       )
25 _____ )

26

STIPULATION OF PARTIAL
DISMISSAL; [PROPOSED] ORDER                           2:10-CV-03093-GEB-KJN

1

It is hereby stipulated between defendant and counter/cross-complainant Praetorian Insurance Company (hereinafter "Praetorian") and defendants Manuel and Gloria Mendoza (collectively hereinafter "Mendoza") that Praetorian's counter/cross complaint against Mendoza only is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

DATED:   October 21, 2011          DIEPENBROCK & COTTER LLP

                                           */s/ John P. Cotter*
                                   By:_____
                                           JOHN P. COTTER
                                           Attorneys for Defendant and
                                           Counter/Cross Claimant
                                           PRAETORIAN INSURANCE
                                           COMPANY

DATED:  October 21, 2011           HANSEN, KOHLS, JONES, SOMMER &
                                   JACOB LLP


                                           */s/ Michael W. Jones*
                                   By:_____
                                           MICHAEL W. JONES
                                           Attorneys for Defendants
                                           MANUEL & GLORIA MENDOZA

## ORDER

Based on the stipulation of the parties and good cause appearing, it is hereby ORDERED that Praetorian Insurance Company's counter/cross complaint against defendants Manuel & Gloria Mendoza only is hereby dismissed with prejudice with each side bearing its own fees and costs.

```
Date:        October 24, 2011
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION OF PARTIAL
DISMISSAL; [PROPOSED] ORDER                              2:10-CV-03093-GEB-KJN