Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:	(510) 444-6800
Facsimile:	(510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
STATE NATIONAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>COLLINS PINE COMPANY, an Oregon corporation; D&H TRANSPORTATION, INC., a California corporation; MANUEL MENDOZA, an individual; GLORIA MENDOZA, an individual; PRAETORIAN INSURANCE COMPANY, a Pennsylvania corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:10-CV-03093-GEB-KJN<br><br>**[PROPOSED] ORDER CONTINUING THE INITIAL DISCLOSURES OF DEFENDANT D&H TRANSPORTATION, INC.**<br><br>Complaint File: November 16, 2010<br>Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Based on the stipulation of the parties as set forth in the Stipulation to Continue D&H
2  Transportation, Inc.'s Initial Disclosures filed herewith, and good cause therefore, this Court
3  hereby orders that the date in which D&H Transportation Inc. must file their Initial Disclosures
4  has been continued from November 28, 2011 to December 28, 2011.

IT IS SO ORDERED.

Date: **11/29/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge