1    Thomas M. Downey, State Bar No. 142096
     Michelle M. Meyers, State Bar No. 236387
2    BURNHAM BROWN
     A Professional Law Corporation
3    P.O. Box 119
     Oakland, California 94604
4
     1901 Harrison Street, 11th Floor
5    Oakland, California  94612
     Telephone:     (510) 444-6800
6    Facsimile:      (510) 835-6666
     tdowney@burnhambrown.com
7    mmeyers@burnhambrown.com

8    Attorneys for Plaintiff
     STATE NATIONAL INSURANCE COMPANY
9

10                   UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13   STATE NATIONAL INSURANCE              No. 2:10-CV-03093-GEB-KJN
     COMPANY, a Texas corporation,
14                                         **[PROPOSED] ORDER CONTINUING
                   Plaintiff,              THE INITIAL DISCLOSURES OF
15                                         DEFENDANT D&H
     v.                                    TRANSPORTATION, INC.**
16
     COLLINS PINE COMPANY, an Oregon
17   corporation; D&H TRANSPORTATION,      Complaint File:  November 16, 2010
     INC., a California corporation; MANUEL Trial Date:  None Set
18   MENDOZA, an individual; GLORIA
     MENDOZA, an individual; PRAETORIAN
19   INSURANCE COMPANY, a Pennsylvania
     corporation, and DOES 1 through 50,
20   inclusive,

21                   Defendants.

22

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

[PROPOSED] ORDER CONTINUING D&H TRANSPORTATION, INC.'S        No. 2:10-CV-03093-GEB-KJN
INITIAL DISCLOSURES

1    Based on the stipulation of the parties as set forth in the Stipulation to Continue D&H

2  Transportation, Inc.'s Initial Disclosures filed herewith, and good cause therefore, this Court

3  hereby orders that the date in which D&H Transportation Inc. must file their Initial Disclosures

4  has been continued from November 28, 2011 to December 28, 2011.

5    IT IS SO ORDERED.

6  **Date: 11/29/2011**

7

8                                              GARLAND E. BURRELL, JR.
                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING D&H TRANSPORTATION, INC.'S          No. 2:10-CV-03093-GEB-KJN
INITIAL DISCLOSURES