1  PAMELA E. COGAN (SBN 105089)
   JENNIFER E. ACHESON (SBN 130833)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
3  Redwood City, CA  94063
   Telephone:    (650) 364-8200
4  Facsimile:    (650) 780-1701
   Email:        pcogan@rmkb.com
5                jacheson@rmkb.com

6  Attorneys for Defendant & Cross-Claimant
   COLLINS PINE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 STATE NATIONAL INSURANCE            CASE NO.  10-CV-03093-WBS-KJN
   COMPANY, a Texas corporation,
11                                     ORDER OF DISMISSAL
                Plaintiff,             PURSUANT TO STIPULATION
12
   v.
13
   COLLINS PINE COMPANY, an Oregon
14 corporation; D&H TRANSPORTATION,
   INC., a California corporation; MANUEL
15 MENDOZA, an individual; GLORIA
   MENDOZA, an individual;
16 PRAETORIAN INSURANCE
   COMPANY, a Pennsylvania corporation,
17 and DOES 1 through 50, inclusive,

18              Defendants.

19

20 AND RELATED CROSS/COUNTER
   ACTIONS
21

22         Pursuant to the Stipulation for Voluntary Dismissal of All Claims and Lawsuits, executed

23 by counsel for all parties herein and filed on November 16, 2011,

24         IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice.

25 Each party shall bear its own fees and costs.

26 Dated: December 1, 2012

27                          WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City